1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDWARD N. THOMAS,                          No.  1:20-cv-01679-DAD-SAB (PC)

12                    Plaintiff,

13         v.                                     ORDER DISMISSING ACTION DUE TO
                                                  PLAINTIFF'S FAILURE TO PAY FILING
14    CHRISTIAN PFEIFFER, et al.,                 FEE

15                    Defendants.                 (Doc. No. 15)

16

17          Plaintiff Edward N. Thomas is a state prisoner proceeding *pro se* in this civil rights action

18    brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 3, 2020, the assigned magistrate judge issued findings and

21    recommendations recommending that plaintiff's application to proceed *in forma pauperis* under

22    28 U.S.C. § 1915(g) be denied because plaintiff had suffered three or more prior strike dismissals

23    and that he be ordered to pay the required $400.00 filing fee in order to proceed with this action.

24    (Doc. No. 6.)  On February 16, 2021, the undersigned adopted those findings and

25    recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to

26    pay the $400 filing fee in full within twenty-one (21) days.  (Doc. No. 5.)  Plaintiff was cautioned

27    that his failure to comply with that order and pay the required filing fee within the specified time

28    would result in dismissal of this action.  (*Id*. at 3.)

                                                  1

To date, plaintiff has not paid the required filing fee or requested an extension of time to do so, and the deadline to pay the required filing fee has now passed.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 24, 2021**

_____
UNITED STATES DISTRICT JUDGE